*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

LEECLIFTON JEROME MOORE,

        Defendant-Appellant.

UNPUBLISHED
December 15, 2022

No. 349584
Kent Circuit Court
LC No. 05-009552-FC

Before: K. F. KELLY, P.J., and LETICA and RICK, JJ.

LETICA, J. (*concurring in the result only*).

I concur in the result only. As the majority recognizes, the legal landscape changed well after the court sentenced defendant. Because defendant is entitled to resentencing, there is no need to "discuss the specifics of the trial court's use of the *Miller*[1] factors." *People v Taylor*, ___ Mich ___, ___ n 25; ___ NW2d ___ (2022).[2]

/s/ Anica Letica

---

[1] *Miller v Alabama*, 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012).

[2] Similarly, there is no need to address defendant's claims of ineffective assistance of counsel.